IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09–cr–00292–REB
(Civil Case No. 12-cv-01133-REB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LANCE C. MIGLIACCIO,

    Defendant-Movant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order entered by the Honorable Robert E. Blackburn [#87}, filed May 22, 2012, the following Judgment is hereby entered:

1. That the Order To Show Cause in this case [#83] entered May 3, 2012, is made ABSOLUTE;

2. That the Motion To Vacate, Set Aside or Correct Under 28 U.S.C. 2255 [#82] filed April 30, 2012, is DENIED; and

3. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

The corresponding civil action is hereby CLOSED.

Dated at Denver, Colorado this   23rd   day of May, 2012.

                        FOR THE COURT:

                        GREGORY C. LANGHAM, CLERK

                        By:  s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk